■ In the Matter of MARJORIE BAKER, Petitioner, v CESAR PERALES, as Commissioner of the New York State Department

of Social Services, et al., Respondents. Mem-
orandum: Petitioner and her minor child are recipients of
public assistance. The local agency determined that it should
reduce petitioner's grant based upon petitioner's failure to
cooperate with the agency in seeking to establish the pater-
nity of her child (see, Social Services Law § 349-b [1] [b]; 18
NYCRR 369.2 [b] [1] [iii]). The determination was based upon
petitioner's insistence that a certain man was the father of
her child despite the fact that Family Court had dismissed a
paternity petition relying on results of a blood test which
positively excluded this man as the putative father. The
determination was affirmed by respondent Perales in a deci-
sion after a fair hearing. On this record, we conclude that the
determination is supported by substantial evidence (see, Mat-
ter of Jernigan v Perales, 109 AD2d 838; Matter of Elliot v
Bernstein, 67 AD2d 728). We have considered petitioner's
remaining contentions and find them to be without merit.
(Article 78 proceeding transferred by order of Supreme Court,
Onondaga County, Stone, J.) Present—Doerr, J. P., Denman,
Green, Pine and Schnepp, JJ.